# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 12/9/2022 |
| Case: 1−22−43064−ess | Form ID: 764 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     Francis E Hemmings     general@hemmingssnell.com

                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Fraleg Jefferson Corp.     128 Hancock Street     Brooklyn, NY 11216
smg     Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014

                                                    TOTAL: 2