United States Bankruptcy Court
Eastern District of New York

In re: Case No. 22-43064-ess
Fraleg Jefferson Corp. Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1     User: admin     Page 1 of 1
Date Rcvd: Dec 09, 2022     Form ID: 764     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fraleg Jefferson Corp., 128 Hancock Street, Brooklyn, NY 11216-1906 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Dec 09 2022 18:18:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014-4811 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Francis E Hemmings | on behalf of Debtor Fraleg Jefferson Corp. general@hemmingssnell.com  fhemmings@gmail.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 2

# United States Bankruptcy Court
Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−22−43064−ess |
| Fraleg Jefferson Corp. | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 11 |
| 84−2857846 | |
| DEBTOR(s) | |

## NOTICE OF DEFICIENT FILING − CHAPTER 11 NON−INDIVIDUAL

**NOTICE IS HEREBY GIVEN THAT:**

The bankruptcy petition filed by the above−referenced debtor(s) on December 8, 2022, did not include the following item(s):

### DOCUMENTS DUE AT TIME OF FILING OF BANKRUPTCY PETITION

- ☐ Voluntary Petition for Non−Individuals Filing For Bankruptcy (Official Form 201) (Signed) (Original)
- ☐ Attachment to Voluntary Petition for Non−Individuals Filing For Bankruptcy Under Chapter 11 (required only if the debtor is filing under Chapter 11 and is required to file periodic reports with the Securities and Exchange Commission) (Official Form 201A)
- ☐ List of Creditors (Certified by Attorney or Debtor, if Pro−Se) Typed (Name and Address **ONLY**)
- ☐ Creditor Matrix Pursuant to E.D.N.Y. LBR 1007−3
- ☐ Filing fee for commencing a bankruptcy case pursuant to 28 U.S.C. § 1930(a)
- ☐ Statement Pursuant to E.D.N.Y. LBR 1073−2(b)
- ☐ Partnership Statement Pursuant to E.D.N.Y. LBR 1074−1(b) (Partnership Only)
- ☐ Corporate Resolution Pursuant to E.D.N.Y LBR 1074−1(a)
- ☐ Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 1007(a)(1)
- ☐ Corporate Disclosure Statement Pursuant to Fed. R. Bankr. P. 1073−3
- ☐ For Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204) (Signed by Debtor)
- ☑ Affidavit Pursuant to E.D.N.Y. LBR 1007−4

### DOCUMENTS DUE WITHIN FOURTEEN (14) DAYS OF FILING OF BANKRUPTCY PETITION

- ☑ Disclosure of Compensation of Attorney for Debtor 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b) (Official Form 2030) (Due Within 14 Days))

**[Continued on other side of page]**

|   |   |
|---|---|
| ☑ | Summary of Assets and Liabilities for Non Individuals (Official Form 206Sum) |
| ☐ | Schedule A/B (Assets – Real and Personal Property) (Official Form 206A/B) |
| ☐ | Schedule D (Creditors Who Have Claims Secured by Property) (Official Form 206D) |
| ☑ | Schedule E/F (Creditors Who Have Unsecured Claims) (Official Form 206E/F) |
| ☑ | Schedule G (Executory Contracts and Unexpired Leases) (Official Form 206G) |
| ☑ | Schedule H (Codebtors) (Official Form 206H) |
| ☐ | Declaration Under Penalty of Perjury for Non−Individual Debtors (Official Form 202) |
| ☑ | List of Equity Security Holders and Addresses (Corporation Only) |
| ☑ | Statement of Financial Affairs for Non−Individuals Filing for Bankruptcy (Official Form 207) |
| ☐ | Most recent balance sheet, statement of operations, cash flow statement, and Federal income tax return, or a statement that none of the foregoing have been prepared or filed (Small Business and Subchapter V Only) **(Due Within 7 Days)** |

## YOUR CASE MAY BE DISMISSED IF
## YOU DO NOT MAKE THE REQUIRED FILINGS ON A TIMELY BASIS

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due at the time of filing of this bankruptcy petition are not filed with the Court within three days of this notice.

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due within 14 days of the filing of this bankruptcy petition are not timely filed with the Court.

**FURTHER NOTICE IS GIVEN THAT** if this bankruptcy case is dismissed for failure to make the required filings, or for any other reason, then the debtor may not receive the benefit of the automatic stay in a subsequent bankruptcy case filed for a period of up to one year. *See 11 U.S.C. §§ 362(c)(3) and (c)(4).*

**FURTHER NOTICE IS GIVEN THAT** the debtor must serve copies of the Chapter 11 petition on the United States Trustee, Internal Revenue Service, and Securities and Exchange Commission (see addresses below).

**BROOKLYN CASES**

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Securities & Exchange Commission
Northeast Regional Office
Woolworth Building
233 Broadway
New York, New York 10279

**CENTRAL ISLIP CASES**

Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, New York 11722

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Securities & Exchange Commission
Northeast Regional Office
Woolworth Building
233 Broadway
New York, New York 10279

Dated: December 9, 2022                                For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLdef11a7r.jsp** [Notice of Deficient Filing Chapter 11 Individual effective 02/19/2020]