# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 12/12/2022 |
| Case: 1−22−43064−ess | Form ID: 245 | Total: 11 |

**Recipients of Notice of Electronic Filing:**
aty      Francis E Hemmings      general@hemmingssnell.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Fraleg Jefferson Corp.      128 Hancock Street      Brooklyn, NY 11216
smg      United States of America      Secretary of the Treasury      15th Street & Pennsylvania Ave. NW      Washington, DC 20220
smg      NYS Unemployment Insurance      Attn: Insolvency Unit      Bldg. #12, Room 256      Albany, NY 12240
smg      NYS Department of Taxation & Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205
smg      Internal Revenue Service      PO Box 7346      Philadelphia, PA 19101−7346
smg      NYC Department of Finance      345 Adams Street      Office of Legal Affairs      Brooklyn, NY 11201−3719
smg      Office of the United States Trustee      Eastern District of NY (Brooklyn Office)      U.S. Federal Office Building      201 Varick Street, Suite 1006      New York, NY 10014
10137053      Andy Alege      195 St. James Place      Brooklyn NY 11238
10137051      IRP Fund II Trust 2A      1155 F Street NW      Suite 1075      Washington DC 20004
10137052      Krishawn Sampson      969 E. 104 Street      Brooklyn NY 11236

TOTAL: 10