# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 12/12/2022 |
| Case: 1−22−43064−ess | Form ID: 309F1 | Total: 11 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Fraleg Jefferson Corp. | 128 Hancock Street | Brooklyn, NY 11216 |
| aty | Francis E Hemmings | Francis E. Hemmings PLLC    228−18 Mentone Avenue | Laurelton, NY 11413 |
| smg | United States of America    Secretary of the Treasury    15th Street & Pennsylvania Ave. NW    Washington, DC 20220 | | |
| smg | NYS Unemployment Insurance    Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 | | |
| smg | NYS Department of Taxation & Finance    Bankruptcy Unit    PO Box 5300    Albany, NY 12205 | | |
| smg | Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101−7346 | | |
| smg | NYC Department of Finance    345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201−3719 | | |
| smg | Office of the United States Trustee    Eastern District of NY (Brooklyn Office)    U.S. Federal Office Building    201 Varick Street, Suite 1006    New York, NY 10014 | | |
| 10137053 | Andy Alege    195 St. James Place    Brooklyn NY 11238 | | |
| 10137051 | IRP Fund II Trust 2A    1155 F Street NW    Suite 1075    Washington DC 20004 | | |
| 10137052 | Krishawn Sampson    969 E. 104 Street    Brooklyn NY 11236 | | |

TOTAL: 11