# Notice Recipients

District/Off: 0207−1  User: admin  Date Created: 12/27/2022
Case: 1−22−43064−ess  Form ID: pdf002  Total: 12

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
aty     Francis E Hemmings     general@hemmingssnell.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Fraleg Jefferson Corp.     128 Hancock Street     Brooklyn, NY 11216
smg         United States of America     Secretary of the Treasury     15th Street & Pennsylvania Ave. NW     Washington, DC 20220
smg         NYS Unemployment Insurance     Attn: Insolvency Unit     Bldg. #12, Room 256     Albany, NY 12240
smg         NYS Department of Taxation & Finance     Bankruptcy Unit     PO Box 5300     Albany, NY 12205
smg         Internal Revenue Service     PO Box 7346     Philadelphia, PA 19101−7346
smg         NYC Department of Finance     345 Adams Street     Office of Legal Affairs     Brooklyn, NY 11201−3719
smg         Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014
10137053    Andy Alege     195 St. James Place     Brooklyn NY 11238
10137051    IRP Fund II Trust 2A     1155 F Street NW     Suite 1075     Washington DC 20004
10137052    Krishawn Sampson     969 E. 104 Street     Brooklyn NY 11236

TOTAL: 10