# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 12/28/2022 |
| Case: 1−22−43064−ess | Form ID: pdfall | Total: 6 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      USTPRegion02.BR.ECF@usdoj.gov
aty      Francis E Hemmings      general@hemmingssnell.com

                                                                             TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Fraleg Jefferson Corp.      128 Hancock Street      Brooklyn, NY 11216
10137053      Andy Alege      195 St. James Place      Brooklyn NY 11238
10137051      IRP Fund II Trust 2A      1155 F Street NW      Suite 1075      Washington DC 20004
10137052      Krishawn Sampson      969 E. 104 Street      Brooklyn NY 11236

                                                                             TOTAL: 4