# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 12/28/2022 |
| Case: 1−22−43064−ess | Form ID: pdf000 | Total: 6 |

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
aty    Francis E Hemmings    general@hemmingssnell.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Fraleg Jefferson Corp.        128 Hancock Street        Brooklyn, NY 11216
10137053    Andy Alege        195 St. James Place        Brooklyn NY 11238
10137051    IRP Fund II Trust 2A        1155 F Street NW        Suite 1075        Washington DC 20004
10137052    Krishawn Sampson        969 E. 104 Street        Brooklyn NY 11236

TOTAL: 4