United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 22-43064-ess
Fraleg Jefferson Corp.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1     User: admin     Page 1 of 2
Date Rcvd: Dec 27, 2022     Form ID: pdf002     Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fraleg Jefferson Corp., 128 Hancock Street, Brooklyn, NY 11216-1906 |
| 10137053 | + | Andy Alege, 195 St. James Place, Brooklyn NY 11238-7385 |
| 10137051 | + | IRP Fund II Trust 2A, 1155 F Street NW, Suite 1075, Washington DC 20004-1355 |
| 10137052 | + | Krishawn Sampson, 969 E. 104 Street, Brooklyn NY 11236-2815 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 27 2022 18:26:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Dec 27 2022 18:26:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 27 2022 18:26:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Dec 27 2022 18:26:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Dec 27 2022 18:26:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014-4811 |
| smg | + | Email/Text: karen.brown@treasury.gov | Dec 27 2022 18:26:00 | United States of America, Secretary of the Treasury, 15th Street & Pennsylvania Ave. NW, Washington, DC 20220-0001 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

Case 1-22-43064-ess    Doc 12    Filed 12/29/22    Entered 12/30/22 00:11:01

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 27, 2022 | Form ID: pdf002 | Total Noticed: 10 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2022                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Francis E Hemmings | on behalf of Debtor Fraleg Jefferson Corp. general@hemmingssnell.com  fhemmings@gmail.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re:                                                     :
                                                           :   Case No. 22-43064-ess
Fraleg Jefferson Corp.                                     :
                                                           :   Chapter 11
            Debtor.                                        :
---------------------------------------------------------- x

## NOTICE OF DIAL-IN INFORMATION FOR SECTION 341 MEETING OF CREDITORS

**PLEASE TAKE NOTICE** that initial section 341 meeting of creditors for the above-captioned chapter 11 case (the "Bankruptcy Case") will be conducted by telephone conference on **January 9, 2023, at 12:45 pm.** (the "Designated Meeting Time").

Below please find (i) instructions for dialing into the telephonic 341 meeting, and (ii) pre-meeting instructions for the debtor's counsel and/or the debtor:

### Dial-in Information

The Debtor, debtor's counsel, and any creditors or other parties in interest who wish to attend the 341 meeting shall appear by telephone at the Designated Meeting Time by dialing the Meeting Phone Number listed below and when prompted entering the Participant Code and then entering the # sign:

- **Meeting Phone Number:**    877-929-2553

- **Participant Code:**    1576337

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

### Instructions for Testifying Debtors or Debtors' Representatives and Counsel:

No later than two (2) business days prior to the Designated Meeting time, debtor's counsel (or the debtor in the case of a *pro se* debtor who has filed its bankruptcy case without an attorney) is required to email to the undersigned trial attorney for the United States Trustee at Nazar.Khodorovsky@usdoj.gov : (i) a completed, signed and dated *Declaration In Connection With Telephonic 341 Meeting* on the form provided by the Office of the United States Trustee, and (ii) the following identification documents (the "Identification Documents"):

- **Individual Debtors**: If the debtor is an individual, an imaged copy of the debtor's photo identification and proof of the debtor's social security number;

- **Business Debtors**: If the debtor is a corporation, limited liability company or other business entity, an imaged copy of the photo identification of the debtor's representative who signed the debtor's petition, schedules and statement of financial affairs and will represent the debtor at the 341 meeting of creditors.

        The Identification Documents must be provided to the United States Trustee via a secure method, i.e., portal, encrypted email, etc. Telephonic appearances shall be conducted in accordance with current applicable procedures for telephonic meetings.

Dated: <u>December 23, 2022</u>　　　　　　　WILLIAM K. HARRINGTON
       West Orange, New Jersey　　　　　　UNITED STATES TRUSTEE, REGION 2

                                            By: <u>/s/ Nazar Khodorovsky</u>
                                                 Nazar Khodorovsky, Esq.
                                                 Trial Attorney
                                                 One Bowling Green, Room 510
                                                 New York, NY 10004-1408
                                                 Tel. No. (202) 834-2499