# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-43064 ESS |
|     Fraleg Jefferson Corp. | : Chapter 11 |
| | : |
|     Debtor | : |
| | : |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appear as counsel on behalf of SERVIS ONE, INC DBA BSI FINANCIAL SERVICES ("Movant") and request pursuant to Bankruptcy Rule 2002, 9007, 9010(b) of the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code that all notices given or required to be given and all papers served in this case be delivered to and served upon undersigned:

**Pincus Law Group, PLLC**
Attorneys for Movant
425 RXR Plaza
Uniondale, NY 11556
Telephone: 516-699-8902
Fax: 516-279-6990

**PLEASE TAKE FURTHER NOTICE** that pursuant to the foregoing provisions of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, pleading, request, complaint or demand, whether formal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which may affect or seek to affect in any way rights or interests of Movant with respect to the Debtor's

property or proceeds thereof in which the debtor may claim an interest.

                Respectfully submitted,

Dated: 02/01/2023                **PINCUS LAW GROUP, PLLC**

                By:    /s/ Barry M. Weiss
                      Barry M. Weiss, Esquire
                      Pincus Law Group, PLLC
                      425 RXR Plaza
                      Uniondale, NY 11556
                      Telephone: 484-575-2201
                      Fax: 516-279-6990
                      Email: bweiss@pincuslaw.com