**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In Re:                                              : Bankruptcy No. 22-43064 ESS
    Fraleg Jefferson Corp.                  : Chapter 11
                                            :
    Debtor                                  :
                                            :

**CERTIFICATE OF SERVICE**

    I, Barry M. Weiss, Esquire certify that on February 1, 2023, I caused to be served true and correct copies of the Request for Notice on the following parties in the manner specified for each party below:

Francis E. Hennings, Esq.
228-18 Metone Avenue
Laurelton, NY 11413
Via CM/ECF and First Class Mail
*Attorney for Debtor*

Fraleg Jefferson Corp.
128 Hancock Street
Brooklun, NY 11216
Via First Class Mail
 *Debtor*

United States Trustee
Office of the United States Trustee
201 Varick Street
Suite 1006
New York, NY 10014

Respectfully submitted,

Dated: 02/01/2023

**PINCUS LAW GROUP, PLLC**

By:   /s/ Barry M. Weiss
     Barry M. Weiss, Esquire
     Pincus Law Group, PLLC
     425 RXR Plaza
     Uniondale, NY 11556
     Telephone: 484-575-2201
     Fax: 516-279-6990
     Email: bweiss@pincuslaw.com