UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

    Fraleg Jefferson Corp.

                       Debtor.
---------------------------------------------------------X

Case No. 1-22-43064-ESS
Chapter 11

## FRCP 55 AFFIDAVIT

I am an associate in the firm of Pincus Law Group, PLLC, the attorneys for the Movant IRP Fund II Trust 2A, and am admitted to practice before this Court. I represent that upon information and belief, the Debtors are not infants, incompetent, or in the military. *See* Department of Defense Manpower Data Center Military Status Report annexed hereto as Exhibit "F".

Dated: 02/16/2023
       Uniondale, New York

By:   PINCUS LAW GROUP, PLLC

/s/ Barry M. Weiss
Barry M. Weiss
Attorneys for Movant
425 RXR Plaza
Uniondale, New York 11556
(516) 699-8902