# EXHIBIT C

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City
Register will rely on the information provided
by you on this page for purposes of indexing
this instrument. The information on this page
will control for indexing purposes in the event
of any conflict with the rest of the document.

| | |
|---|---|
| **RECORDING AND ENDORSEMENT COVER PAGE** | **PAGE 1 OF 6** |

**Document ID:** 2020120801222001    Document Date: 12-10-2019    Preparation Date: 12-08-2020
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 5

| **PRESENTER:** | **RETURN TO:** |
|---|---|
| ORION FINANCIAL GROUP, INC. <br> 67 WEST 13490 SOUTH <br> SUITE 300 <br> DRAPER, UT 84020 <br> SUPPORT@SIMPLIFILE.COM | ORION FINANCIAL GROUP, INC <br> 2860 EXCHANGE BLVD. SUITE 100 <br> SOUTHLAKE, TX 76092 <br> SUPPORT@SIMPLIFILE.COM |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1995 | 34 | Entire Lot | 15 JEFFERSON AVENUE |

**Property Type:** DWELLING ONLY - 3 FAMILY

**CROSS REFERENCE DATA**

**CRFN:** 2020000003494

**PARTIES**

| **ASSIGNOR/OLD LENDER:** | **ASSIGNEE/NEW LENDER:** |
|---|---|
| TAM LENDING CENTER, INC <br> 1814 ROUTE 70, STE 200 <br> CHERRY HILL, NJ 08003 | IRP FUND II TRUST 2A <br> 1155 F ST. NW SUITE 1075 <br> WASHINGTON, DC 20004 |

**FEES AND TAXES**

| Mortgage : | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 62.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

**RECORDED OR FILED IN THE OFFICE**
**OF THE CITY REGISTER OF THE**
**CITY OF NEW YORK**
Recorded/Filed        12-09-2020 16:18
City Register File No.(CRFN):
**2020000350676**

*Annette M Hill*

*City Register Official Signature*

# ASSIGNMENT OF MORTGAGE

This Assignment of Mortgage (the "Assignment") is made and effective December 10, 2019,

*Block 1995 Lot 34*

**BETWEEN:**     **TAM LENDING CENTER Inc** (the "Assignor"), a corporation organized and existing under the laws of the state of **NEW JERSEY** with its head office located at:

**1814 Route 70 East, Ste 200 Cherry Hill, NJ 08003**

**AND:**     *TRP Fund II Trust 2A* _____ (the "Assignee"), a corporation organized and existing under the laws of *DC* with its head office located at:

1155 F ST. NW SUITE 1075
WASHINGTON, DC 20004

**TERMS**

The Assignor hereby grants, assigns and transfers to Assignee that certain mortgage executed by **Andy Alege, President of Fraleg Jefferson Corp, a NY Corporation**, dated **December 10, 2019** described in **Schedule A** (the "Mortgages"). Annexed hereto and incorporated herein by this reference, covering the premises commonly known as **15 Jefferson Avenue, Brooklyn, NY 11238** designated on the official tax map of the **State of New York, Block 1995, Lot 34** and more particularly described on **Exhibit B / Legal Description** attached hereto and made a part here of (the "Premises"). *Loan Amount $1,800,900.00*
*No Assignments of Record.*

Recorded *1/6/20* _____ State of *NY* ____ in *CRFN* **2020000003494** _____, together with the note described therein and the money to become due thereon with the interest provided therein.

IN WITNESS WHEREOF, the Assignor has executed this Assignment on the day and year first above written.

ASSIGNOR     ASSIGNEE

*Philip T. Valianti*
_____     _____
Authorized Signature     Authorized Signature

_____
Philip T Valianti, Senior Vice President of Lending     Print Name and Title

Return to:
Orion Financial Group, Inc.
2860 Exchange Blvd. #100
Southlake, TX 76092

# ACKNOWLEDGMENT

State of NEW JERSEY

County of CAMDEN

On _____December 10, 2019_____ before me, ARLENE SOTO, notary, personally appeared PHILIP T. VALIANTI, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

Signature_____
                          Notary

ARLENE SOTO
NOTARY PUBLIC OF NEW JERSEY
ID # 50030586
My Commission Expires 1/20/2021

(*Seal*)

"This Assignment is not subject to the requirements of Section 275 of the Real Property law because it is an assignment within the secondary mortgage market."

EXHIBIT B
"LEGAL DESCRIPTION"

**Omni Title Agency**
**Agent for Commonwealth Land Title Insurance Company**

TITLE NO. ███████

## SCHEDULE A

**ALL** that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

**BEGINNING** at a point on the northerly side of Jefferson Avenue, distant 143.00 feet easterly from the northeasterly corner of Jefferson Avenue and Ormond Place, a/k/a Claver Place;

**RUNNING THENCE** northerly part of the distance through a party wall, 100.00 feet;

**THENCE** easterly parallel with Jefferson Avenue, 21.00 feet;

**THENCE** southerly part of the distance through a party wall, 100.00 feet to the northerly side of Jefferson Avenue;

**THENCE** westerly along the northerly side of Jefferson Avenue, 21.00 feet to the point or place of **BEGINNING**.

**FOR INFORMATION ONLY:**

Block 1995 Lot 34

# SCHEDULE A
## "MORTGAGES"