# EXHIBIT "E"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                                          Case No. 1-22-43064-ESS
                                                                                                      Chapter 11

      Fraleg Jefferson Corp.

                             Debtor.
---------------------------------------------------------X

## ORDER FOR RELIEF FROM THE AUTOMATIC STAY

**MOTION HAVING BEEN MADE** to this Court by IRP FUND II TRUST 2A, by its servicer BSI FINANCIAL SERVICES ("Movant"), by Notice of Motion dated February 16, 2023, for an Order: (i) modifying and terminating the automatic stay in place pursuant to § 362(a) of the Title 11 of the United States Code, to permit Movant to exercise all of its rights and remedies with respect to certain collateral known as **115 Jefferson Avenue, Brooklyn, NY 11238** by virtue of § 362(d)(1) and 11 U.S.C. § 362(d)(2) of the Bankruptcy Code; (ii) granting Movant the attorney fees and costs of this motion; and (iiii) granting Movant such other further and different relief as may seem just, proper and equitable; and due notice of said motion having been given to the Debtor, Debtor's attorney, US Trustee, and the Trustee; and after due deliberation having been had; it is hereby

**ORDERED,** that the Automatic Stay and the Debtor Stay, as to Movant, its agents, assigns or successors in interest, is hereby terminated so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Property; and it is further

**ORDERED,** that this Order vacating the automatic stay shall be binding and effective if the Debtor converts this case to another chapter under the U.S. Bankruptcy Code; and it is further

**ORDERED,** that, Movant may increase the amount of its mortgage balance by $550.00 in reasonable attorney's fees and $188.00 for the filing fee necessary to bring the present motion; and it is further

**ORDERED**, that the Chapter 11 Trustee shall be promptly notified of any surplus monies realized from the sale of the Collateral.