UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE:

                                          Chapter 11
                                          Case No.: 1-22-43064-ESS

Fraleg Jefferson Corp.
                          Debtor
-----------------------------------------------------------------X

## CERTIFICATION OF SERVICE

      I, Barry M. Weiss, an attorney duly admitted to practice law before the District Courts of the State of New York, respectfully certify that I am not a party to this action, am over 18 years of age.

      On 02/16/2023, I electronically filed the foregoing Motion for Relief from Stay with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following and/or by regular first class mail postage prepaid addressed as follows:

Fraleg Jefferson Corp.
128 Hancock Street
Brooklyn, NY 11216

Francis E. Hemmings
228-18 Mentone Avenue
Laurelton, NY 11413

United States Trustee
201 Varick Street
Suite 1006
New York, NY 10014

                                                                  /s/Barry M. Weiss
                                                                   Barry M. Weiss, Esq.