# Francis E. Hemmings PLLC

---

228-18 Mentone Avenue
Laurelton, New York 11413
Tel: (212) 747-9560; Fax: (212) 747-9564

April 12, 2023

**VIA ECF & EMAIL**
Honorable Elizabeth S. Strong
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East, Ste. 1595
Brooklyn, NY 11201-1800

    **Re:**    In Re: Fraleg Jefferson Corp.
                Case No.: 1-22-43064-ess

Dear Judge Strong:

    This firm is Counsel for Creditor, Fraleg Jefferson Corp., ("Creditor") in the above named action. Pursuant to my correspondence with counsel for Creditor and the U.S. Trustee, who have each confirmed their consent, as well as email correspondence with Your Honor's Courtroom Deputy, please accept this letter as confirmation that the scheduled Motion For Relief From Stay, and status hearing, currently scheduled for April 14, 2023 at 10:30 am, is adjourned to May 12, 2023 at 10:30 am.

    Should the Court have any questions or require any additional information, please do not hesitate to contact the undersigned.

    Respectfully submitted,

    */s/ Francis E. Hemmings*

    Francis E. Hemmings, Esq.

cc:    Barry Weiss, Esq. (via ECF and email)
       Nazar Khodorovsky (via ECF and email)
       Office of the United States Trustee (via ECF and email)