UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

FRALEG JEFFERSON CORP,

               Debtor.

---------------------------------------------------------X

CASE NO.: 1-22-43064-ess

CHAPTER 11

## ORDER FOR RELIEF FROM THE AUTOMATIC STAY

**MOTION HAVING BEEN MADE** to this Court by IRP FUND II TRUST 2A, by its servicer BSI FINANCIAL SERVICES ("Movant"), by Notice of Motion dated February 16, 2023, for an Order: (i) modifying and terminating the automatic stay in place pursuant to § 362(a) of the Title 11 of the United States Code, to permit Movant to exercise all of its rights and remedies with respect to certain collateral known as **115 Jefferson Avenue, Brooklyn, NY 11238** by virtue of § 362(d)(1) and 11 U.S.C. § 362(d)(2) of the Bankruptcy Code; (ii) granting Movant the attorney fees and costs of this motion; and (iii) granting Movant such other further and different relief as may seem just, proper and equitable; and due notice of said motion having been given to the Debtor, Debtor's attorney, US Trustee, and the Trustee; and after due deliberation having been had; it is hereby

**ORDERED,** that the Automatic Stay ~~and the Debtor Stay~~, as to Movant, its agents, assigns or successors in interest, is hereby ~~terminated~~ ***modified*** so that Movant, its agents, assigns or successors in interest, may ~~take any and all action under~~ ***pursue its rights under*** applicable ~~state~~ law ~~to exercise its remedies against~~ ***with respect to*** the Property; and it is further

~~**ORDERED,** that this Order vacating the automatic stay shall be binding and effective if the Debtor converts this case to another chapter under the U.S. Bankruptcy Code; and it is further~~

~~**ORDERED,** that, Movant may increase the amount of its mortgage balance by $550.00 in reasonable attorney's fees and $188.00 for the filing fee necessary to bring the present motion;~~

~~and it is further~~

~~**ORDERED**, that the Chapter 11 Trustee shall be promptly notified of any surplus monies realized from the sale of the Collateral; and it is further~~

**ORDERED**, *that, pursuant to Bankruptcy Rule 4001(a)(3), this Order shall go into effect 30 days from the date it is entered, on July 21, 2023.*



Dated: Brooklyn, New York
June 20, 2023

_____
Elizabeth S. Stong
United States Bankruptcy Judge