UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re                                                                             Case No. 22-43064 (ESS)

Fraleg Jefferson Corp.,                                                 (Chapter 11)

                              Debtor.
--------------------------------------------------------x

## AFFIRMATION OF SERVICE

Leiden Czarniecki affirms under penalty of perjury that the following is true and correct:

1. I am a Paralegal Specialist with the Office of the United States Trustee for Region 2.

2. On August 7, 2023, I caused true and correct copies of the United States Trustee's Motion for an Order Dismissing, or, Alternatively, Converting to Chapter 7 the Debtor's Chapter 11 Case (the "Motion") to be served by first-class mail upon the parties listed on the attached Schedule A by depositing true and correct copies of same in sealed envelopes, with postage pre-paid thereon, in an official depository of the U.S. Postal Service within the City and State of New York.

                                                             */s/ Leiden Czarniecki*
                                                             Leiden Czarniecki

## Schedule A

Fraleg Jefferson Corp.
128 Hancock Street
Brooklyn, NY 11216

Francis E. Hemmings, Esq.
Francis E. Hemmings PLLC
228-18 Mentone Avenue
Laurelton, NY 11413

Barry Weiss, Esq.
Pincus Law Group
425 RXR Plaza
Uniondale, NY 11556

NYC Water Board
Andrew Rettig
Assistant Counsel
59-17 Junction Blvd, 13th Fl
Elmhurst, NY 11373-5108

Consolidated Edison Company of New York Inc
EAG Bankruptcy
9th Floor
4 Irving Place
New York, NY 10003

IRP FUND II TRUST 2A, by its servicer
BSI FINANCIAL SERVICES
314 S Franklin St.
P.O. Box 517
Titusville, PA 16354