United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 22-43064-ess
Fraleg Jefferson Corp.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1  User: admin  Page 1 of 2
Date Rcvd: Aug 08, 2023  Form ID: 226  Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fraleg Jefferson Corp., 128 Hancock Street, Brooklyn, NY 11216-1906 |
| 10137053 | + | Andy Alege, 195 St. James Place, Brooklyn NY 11238-7385 |
| 10201441 | + | IRP FUND II TRUST 2A, by its servicer, BSI FINANCIAL SERVICES, 314 S Franklin St., P.O. Box 517, Titusville, PA 16354-0517 |
| 10137051 | + | IRP Fund II Trust 2A, 1155 F Street NW, Suite 1075, Washington DC 20004-1355 |
| 10137052 | + | Krishawn Sampson, 969 E. 104 Street, Brooklyn NY 11236-2815 |
| 10152922 | + | Pincus Law Group, PLLC, Attorneys for Movant, 425 RXR Plaza, Uniondale, NY 11556-3811 |
| 10153149 | + | SERVIS ONE, INC DBA BSI FINANCIAL SERVICES, c/o Pincus Law Group, PLLC, 425 RXR Plaza, Uniondale, NY 11556-3811 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 08 2023 18:14:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Aug 08 2023 18:14:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3775 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 08 2023 18:14:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Aug 08 2023 18:14:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Aug 08 2023 18:14:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| smg | + | Email/Text: karen.brown@treasury.gov | Aug 08 2023 18:14:00 | United States of America, Secretary of the Treasury, 15th Street & Pennsylvania Ave. NW, Washington, DC 20220-0001 |
| 10196387 | + | Email/Text: EAGBankruptcy@coned.com | Aug 08 2023 18:14:00 | Consolidated Edison Company of New York Inc, EAG Bankruptcy, 9th Floor, 4 Irving Place, New York, NY 10003-3502 |
| 10170374 | + | Email/Text: waterboardbankruptcy@dep.nyc.gov | Aug 08 2023 18:14:00 | NYC Water Board, Andrew Rettig, Assistant Counsel, 59-17 Junction Blvd, 13th Fl, Elmhurst, NY 11373-5188 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0207-1  User: admin  Page 2 of 2
Date Rcvd: Aug 08, 2023  Form ID: 226  Total Noticed: 15

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Barry Weiss | on behalf of Creditor IRP FUND II TRUST 2A  by its servicer BSI FINANCIAL SERVICES bweiss@pincuslaw.com, brausch@pincuslaw.com |
| Barry Weiss | on behalf of Creditor SERVIS ONE  INC DBA BSI FINANCIAL SERVICES bweiss@pincuslaw.com, brausch@pincuslaw.com |
| Francis E Hemmings | on behalf of Debtor Fraleg Jefferson Corp. general@hemmingssnell.com fhemmings@gmail.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor: Fraleg Jefferson Corp. | EIN: 84–2857846 | |
| Name | | |
| United States Bankruptcy Court  Eastern District of New York | Date case filed for chapter: 11  12/8/22 | |
| Case number: 1–22–43064–ess | | |

# NOTICE OF HEARING TO DISMISS/CONVERT CASE

**NOTICE IS HEREBY GIVEN THAT:**

Upon the application of the United States Trustee for the Eastern District of New York, a hearing will be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, on **September 14, 2023 at 10:30 AM** at the following location:

**United States Bankruptcy Court, 271–C Cadman Plaza East, Courtroom 3585 – 3rd Floor, Brooklyn, NY 11201–1800**

Notice is further given that this hearing is being brought on for an order converting this Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code or, in the alternative, dismissing this case and such other and further relief as may seem just and proper.

Notice is further given that the original application is on file with the Clerk of the Court and with the United States Trustee, and may be reviewed at either office during regular business hours.

Responsive papers shall be filed with the Bankruptcy Court and personally served upon the United States Trustee, Brooklyn cases: Eastern District of New York (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014; Central Islip cases: 560 Federal Plaza, Central Islip, New York 11722–4437, no later than seven (7) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure, and indicate the entity submitting the response, the nature of the response and the basis of the response.

The hearing scheduled may be adjourned from time to time by announcement made in open court without further written notice.

Dated: August 8, 2023

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLcdu2.jsp** [Hearing to Dismiss/Convert/UST/Chapter 11  02/01/17]