

425 RXR Plaza, Uniondale, NY  11556
Phone: 516-699-8902
Fax: 516-279-6990
www.pincuslaw.com
Licensed in NY, NJ,  PA

October 13, 2023

          RE:    Fraleg Jefferson Corp.
                  Case No. 1-22-43064-ESS

Dear Judge Stong:

There was a typographical error on the signed order entered June 30, 2023, Docket #30. The order listed the address as 115 Jefferson Avenue, Brooklyn, NY 11238 instead of 15 Jefferson Avenue, Brooklyn, NY 11238. The original Motion for Relief filed February 16, 2023 docketed had the correct address listed throughout. The proposed order just seeks the scrivener's error in the order that was entered on June 30, 2023.


/s/ Sherri J. Smith
Sherri J. Smith, Esq.
Associate Attorney
**PINCUS LAW GROUP, PLLC**

CC:    Francis E. Hemmings, *Counsel for the Debtor* (via ECF)
Office of the United States Trustee. U.S *13 Trustee* (via ECF)