UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                                                    Case No. 1-22-43064-ESS
                                                                          Chapter 11

      Fraleg Jefferson Corp.

                Debtor.

--------------------------------------------------------X


## <u>AMENDED ORDER FOR RELIEF FROM THE AUTOMATIC STAY</u>

**MOTION HAVING BEEN MADE** to this Court by IRP FUND II TRUST 2A, by its servicer BSI FINANCIAL SERVICES ("Movant"), by Notice of Motion dated February 16, 2023, for an Order: (i) modifying and terminating the automatic stay in place pursuant to § 362(a) of the Title 11 of the United States Code, to permit Movant to exercise all of its rights and remedies with respect to certain collateral known as **15 Jefferson Avenue, Brooklyn, NY 11238** by virtue of § 362(d)(1) and 11 U.S.C. § 362(d)(2) of the Bankruptcy Code; (ii) granting Movant the attorney fees and costs of this motion; and (iiii) granting Movant such other further and different relief as may seem just, proper and equitable; and due notice of said motion having been given to the Debtor, Debtor's attorney, US Trustee, and the Trustee; and after due deliberation having been had; it is hereby

      **ORDERED,** that the Automatic Stay, as to Movant, its agents, assigns or successors in interest, is hereby **<u>modified</u>** so that Movant, its agents, assigns or successors in interest, may **<u>pursue its rights under</u>** applicable law **<u>with respect to</u>** the Property; and it is further

**ORDERED**, **that, pursuant to Bankruptcy Rule 4001(a)(3), this Order shall go into effect 30 days from the date it is entered, on July 21, 2023.**.