UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:                                                    Chapter 11
Fraleg Jefferson Corp.,                                   Case No. 22-43064 (ESS)
              Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER DISMISSING CHAPTER 11 CASE

Based upon the hearing held before this Court on September 14, 2023 (the "Hearing") and upon the application of William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee") for an order dismissing this chapter 11 case, or, in the alternative, converting this case to a case under chapter 7, and it appearing that appropriate notice has been given, and upon the Debtor consenting to the dismissal of this case, and with cause existing for the relief requested, as set forth in the record of the Hearing, it is hereby

ORDERED, under 11 U.S.C. § 1112(b), that this case commenced under Chapter 11 of the Bankruptcy Code be and is hereby DISMISSED; and it is further

ORDERED, that not later than ten (10) days from the entry of this order, the Debtor shall file with the Court the appropriate monthly operating reports and shall pay the United States Trustee the appropriate sums required pursuant to 28 U.S.C. § 1930(a)(6) and any applicable interest thereon.



Dated: Brooklyn, New York
       October 13, 2023

_____
Elizabeth S. Stong
United States Bankruptcy Judge