# Notice Recipients

District/Off: 0207−1     User: admin     Date Created: 10/16/2023
Case: 1−22−43064−ess     Form ID: 227     Total: 16

**Recipients of Notice of Electronic Filing:**
aty     Francis E Hemmings     general@hemmingssnell.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Fraleg Jefferson Corp.     128 Hancock Street     Brooklyn, NY 11216
smg     United States of America     Secretary of the Treasury     15th Street & Pennsylvania Ave. NW     Washington, DC 20220
smg     NYS Unemployment Insurance     Attn: Insolvency Unit     Bldg. #12, Room 256     Albany, NY 12240
smg     NYS Department of Taxation & Finance     Bankruptcy Unit     PO Box 5300     Albany, NY 12205
smg     Internal Revenue Service     PO Box 7346     Philadelphia, PA 19101−7346
smg     NYC Department of Finance     345 Adams Street     Office of Legal Affairs     Brooklyn, NY 11201−3719
smg     Office of the United States Trustee     Eastern District of NY (Brooklyn)     Alexander Hamilton Custom House     One Bowling Green, Room 510     New York, NY 10004−1408
10137053     Andy Alege     195 St. James Place     Brooklyn NY 11238
10196387     Consolidated Edison Company of New York Inc     EAG Bankruptcy     9th Floor     4 Irving Place     New York, NY 10003
10201441     IRP FUND II TRUST 2A, by its servicer     BSI FINANCIAL SERVICES     314 S Franklin St.     P.O. Box 517     Titusville, PA 16354
10137051     IRP Fund II Trust 2A     1155 F Street NW     Suite 1075     Washington DC 20004
10137052     Krishawn Sampson     969 E. 104 Street     Brooklyn NY 11236
10170374     NYC Water Board     Andrew Rettig     Assistant Counsel     59−17 Junction Blvd, 13th Fl     Elmhurst, NY 11373−5108
10152922     Pincus Law Group, PLLC     Attorneys for Movant     425 RXR Plaza     Uniondale, NY 11556
10153149     SERVIS ONE, INC DBA BSI FINANCIAL SERVICES     c/o Pincus Law Group, PLLC     425 RXR Plaza     Uniondale, NY 11556

TOTAL: 15