United States Bankruptcy Court
Eastern District of New York

In re:     Case No. 22-43064-ess

Fraleg Jefferson Corp.     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1     User: admin     Page 1 of 2

Date Rcvd: Oct 16, 2023     Form ID: 227     Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fraleg Jefferson Corp., 128 Hancock Street, Brooklyn, NY 11216-1906 |
| 10137053 | + | Andy Alege, 195 St. James Place, Brooklyn NY 11238-7385 |
| 10201441 | + | IRP FUND II TRUST 2A, by its servicer, BSI FINANCIAL SERVICES, 314 S Franklin St., P.O. Box 517, Titusville, PA 16354-0517 |
| 10137051 | + | IRP Fund II Trust 2A, 1155 F Street NW, Suite 1075, Washington DC 20004-1355 |
| 10137052 | + | Krishawn Sampson, 969 E. 104 Street, Brooklyn NY 11236-2815 |
| 10152922 | + | Pincus Law Group, PLLC, Attorneys for Movant, 425 RXR Plaza, Uniondale, NY 11556-3811 |
| 10153149 | + | SERVIS ONE, INC DBA BSI FINANCIAL SERVICES, c/o Pincus Law Group, PLLC, 425 RXR Plaza, Uniondale, NY 11556-3811 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: IRS.COM | Oct 16 2023 22:16:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Oct 16 2023 18:15:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3775 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Oct 16 2023 18:15:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Oct 16 2023 18:15:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Oct 16 2023 18:15:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| smg | + | Email/Text: karen.brown@treasury.gov | Oct 16 2023 18:15:00 | United States of America, Secretary of the Treasury, 15th Street & Pennsylvania Ave. NW, Washington, DC 20220-0001 |
| 10196387 | + | Email/Text: EAGBankruptcy@coned.com | Oct 16 2023 18:15:00 | Consolidated Edison Company of New York Inc, EAG Bankruptcy, 9th Floor, 4 Irving Place, New York, NY 10003-3502 |
| 10170374 | + | Email/Text: waterboardbankruptcy@dep.nyc.gov | Oct 16 2023 18:15:00 | NYC Water Board, Andrew Rettig, Assistant Counsel, 59-17 Junction Blvd, 13th Fl, Elmhurst, NY 11373-5188 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 16, 2023 | Form ID: 227 | Total Noticed: 15 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2023 at the address(es) listed below:**

**Name**            **Email Address**

Barry Weiss
  on behalf of Creditor IRP FUND II TRUST 2A  by its servicer BSI FINANCIAL SERVICES bweiss@pincuslaw.com, brausch@pincuslaw.com

Barry Weiss
  on behalf of Creditor SERVIS ONE  INC DBA BSI FINANCIAL SERVICES bweiss@pincuslaw.com, brausch@pincuslaw.com

Francis E Hemmings
  on behalf of Debtor Fraleg Jefferson Corp. general@hemmingssnell.com fhemmings@gmail.com

Office of the United States Trustee
  USTPRegion02.BR.ECF@usdoj.gov

Sherri Jennifer Smith
  on behalf of Creditor IRP FUND II TRUST 2A  by its servicer BSI FINANCIAL SERVICES ssmith@pincuslaw.com, amautz@pincuslaw.com

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor | Fraleg Jefferson Corp. | EIN: 84–2857846 |
| | Name | |
| United States Bankruptcy Court | Eastern District of New York | Date case filed for chapter: 11   12/8/22 |
| Case number: | 1–22–43064–ess | |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above−named debtor(s) having filed a Chapter 11 petition in bankruptcy on December 8, 2022, and an order having been signed by the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, on October 13, 2023 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, they must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: October 16, 2023

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]